IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DENA R. JAMES,** | 08-CV-6120-ST |
|       **Plaintiff,** | ORDER |
| **v.** | |
| **MICHAEL ASTRUE, Commissioner,**<br>**Social Security Administration,** | |
|       **Defendant.** | |

**KATHRYN TASSINARI**
**BRENT WELLS**
Harder Wells Baron & Manning, PC
474 Willamette Street
Suite 200
Eugene, OR 97401
(541) 686-1969

      Attorneys for Plaintiff

1 - ORDER

**KAREN J. IMMERGUT**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue
Suite 600
Portland, OR  97204-2902
(503) 727-1053

**DAVID MORADO**
Regional Chief Counsel
**L. JAMALA EDWARDS**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-3748

      Attorneys for Defendant


**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#23) on May 21, 2009, in which she recommends this Court reverse and remand the Commissioner's decision denying Plaintiff's application for supplemental security income benefits for the immediate calculation and award of benefits.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d

2 - ORDER

1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#23), **REVERSES** the Commissioner's decision denying Plaintiff's application for supplemental security income benefits, and **REMANDS** this matter to the Commissioner for the immediate calculation and award of benefits.

IT IS SO ORDERED.

DATED this 1st day of July, 2009.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER